3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Anne C. Recio** | § | |
| *Plaintiff,* | § | |
| | § | |
| Vs. | § | Civil Action No.:**B-03-122** |
| | § | |
| **Jo Anne B. Barnhart**, Commissioner | § | |
| Social Security Administration | § | |
| *Defendant.* | § | |

---

## CERTIFICATE OF SERVICE

---

### TO THE HONORABLE JUDGE OF SAID COURT:

I, the undersigned, do hereby certify that the following parties have been served with a

duly authorized Summons and a copy of the Compliant for the cause as captioned above:

| | |
|---|---|
| The Honorable John Ashcroft<br>United States Attorney General<br>10th Street and Constitution Avenue, N.W.<br>Washington, DC 20530 | Via Certified Mail<br>RRR #:**7002 3150 0006 8294 8975**<br>(Return Receipt Attached as Exhibit "**A**") |
| General Counsel Of Social Security Administration<br>6401 Security Boulevard, Room 611<br>Baltimore, MD 21235 | Via Certified Mail<br>RRR #:**7002 3150 0006 8294 8982**<br>(Return Receipt Attached as Exhibit "**B**") |
| Mr. Michael Shelby, U.S. Attorney<br>Southern District Of Texas<br>910 Travis/P.O. Box 61129<br>Houston, TX 77208-002 | Via Certified Mail<br>RRR #:**7001 1140 0003 2371 8999**<br>(Return Receipt Attached as Exhibit "**C**") |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Anna C. Recio** | § | |
| *Plaintiff,* | § | |
| | § | |
| Vs. | § | Civil Action No.:**B-03-122** |
| | § | |
| **Jo Anne B. Barnhart**, Commissioner | § | |
| Social Security Administration | § | |
| *Defendant.* | § | |

---

## CERTIFICATE OF SERVICE

---

### TO THE HONORABLE JUDGE OF SAID COURT:

I, the undersigned, do hereby certify that the following parties have been served with a

duly authorized Summons and a copy of the Compliant for the cause as captioned above:

The Honorable John Ashcroft
United States Attorney General
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

    Via Certified Mail
    RRR #:7002 3150 0006 8294 8975
    (Return Receipt Attached as Exhibit "A")

General Counsel Of Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

    Via Certified Mail
    RRR #:7002 3150 0006 8294 8982
    (Return Receipt Attached as Exhibit "B")

Mr. Michael Shelby, U.S. Attorney
Southern District Of Texas
910 Travis/P.O. Box 61129
Houston, TX 77208-002

    Via Certified Mail
    RRR #:7001 1140 0003 2371 8999
    (Return Receipt Attached as Exhibit "C")

**WHEREFORE, PREMISES CONSIDERED,** and as attested to by the Exhibits

attached and incorporated for all purposes, Plaintiff submits that Service has been Perfected.

Respectfully signed and submitted this the **29th** day of **July, 2003.**

                                        **INGRAM LAW FIRM, P.C.**

                                        **JOHN J. INGRAM, II**
                                        Attorney-In-Charge
                                        TX. Bar No.: 24025447
                                        3016-A N. McColl
                                        McAllen, Texas 78501
                                        Tel:    (956) 661-0074
                                        Fax:    (956) 661.0047

# Exhibit "A"



**INGRAM**

**LAW FIRM, P.C.**

JOHN J. INGRAM, II

ATTORNEY AT LAW
SOCIAL SECURITY DISABILITY

July 11, 2003

The Honorable John Ashcroft
United States Attorney General
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

Via Certified Mail
RRR #:7002 3150 0006 8294 8975

General Counsel Of Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

Via Certified Mail
RRR #: 7002 3150 0006 8294 8982

Mr. Michael Shelby, U.S. Attorney
Southern District Of Texas
910 Travis / P.O. Box 61129
Houston, Texas 77208

Via Certified Mail
RRR #: 7001 1140 0003 2371 8999

RE:    Cause Number: **B-03-122, Anna C. Recio,**   Plaintiff vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter, is a Summons issued in each of your names, as well as a copy of the relative Complaint, sent to each of you respectively and individually via Certified Mail Return Receipt Requested.

Thank you for your attention to this matter and we look forward to your timely response herein.

Very truly yours,

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II.

JJI,II:vc
Enclosures

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev. 10/93) Summons in a Civil Act.

# UNITED STATES DISTRICT COURT

Southern District of Texas          Brownsville  Division

Anna C. Recio, *Plaintiff*

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  **B-03-122**

TO: (Name and address of Defendant)

The Honorable John Ashcroft
Attorney General of the United States
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ingram Law Firm, P.C.
John J. Ingram, II
3016-A N.  McColl
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within _____ Sixty (60) _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

Michael N. Milby, Clerk                     7-7-03

CLERK                                        DATE

(By) DEPUTY CLERK

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

*Ann Recio*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

Tota
Sent
Stree
or PC
City,

7002 3150 0006 8294 8975

The Honorable John Ashcroft
United States Attorney General
10th St. & Constitution Ave. N.W.
Washington, DC 50530

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable John Ashcroft
United States Attorney General
10th St. & Constitution Ave. N.W.
Washington, DC 50530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
ru 2 1 2003

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED
JUL 2 8 2003
BY

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 3150 0006 8294 8975

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

JUL 0 7 2003

Michael N. Milby
Clerk of Court

Anne C. Recio §
        Plaintiff §
§
§
Vs. §
§
§
Jo Anne B. Barnhart, Commissioner of The §
Social Security Administration §
        Defendant §

B-03-122
_____
Case Number

---

## COMPLAINT

---

Plaintiff, by her attorney, alleges as follows:

1.   The jurisdiction of this court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability.

2.   This action is an appeal from a final administrative decision denying plaintiff's claim.

3.   This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated May 16, 2003.

4.   Plaintiff,  resides at 147 E. St. Francis Street, Brownsville, TX 78520.

5.   The defendant is the Commissioner of Social Security.

6.   Plaintiff is disabled.

7.    The conclusions and findings of facts of the defendant are not supported by substantial

evidence and are contrary to law and regulation.

**WHEREFORE,** plaintiff prays that this Court:

1.    find that the plaintiff is entitled to disability benefits under the provisions of the Social

Security Act; or

2.    remand the case for a further hearing;

3.    award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), on the

grounds that the Commissioner's action in this case was not substantially justified; and

4.    on such other and further relief as the Court deems just and proper.


Dated at McAllen, Texas, the _3rd_ day of _July_, 2003.


### INGRAM LAW FIRM, P.C.


By: _____

    John J. Ingram, II
    Attorney-In-Charge
    TX. Bar No.: 24025447
    3016-A N. McColl
    McAllen, Texas 78501
    956.661.0074 (Office)
    956.661.0047 (Telecopier)

# Exhibit "B"

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas          Brownsville Division

Anna C. Recio, *Plaintiff*

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

### SUMMONS IN A CIVIL CASE

CASE NUMBER:  **B-03-122**

TO: (Name and address of Defendant)

General Counsel, Social Security Administration
Room 611
6401 Security Blvd.
Baltimore, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ingram Law Firm, P.C.
John J. Ingram, II
3016-A N. McColl
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within _____ Sixty (60) _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

Michael N. Milby, Clerk                    7-7-03

CLERK                                       DATE

(By) DEPUTY CLERK

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7002 3150 0006 8294 8982

FOR OFFICIAL USE

*Ann Reus*

| | | Postmark Here |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total | | |

Sent To  General Counsel of Soc. Sec. Admin.
Street or PO  6401 Security Blvd., Room 611
City, S  Baltimore, MD 21235

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel of Soc. Sec. Admin.
6401 Security Blvd., Room 611
Baltimore, MD 21235

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  SOCIAL SECURITY ADMINISTRATION    ☐ Agent
   BALTIMORE, MARYLAND 21235          ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  JUL 1 7 2003

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer    7002 3150 0006 8294 8982

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

# Exhibit "C"

AO 440 (Rev. 10/93) Summons in a Civil Act.

# UNITED STATES DISTRICT COURT

Southern District of Texas          Brownsville Division

Anna C. Recio, *Plaintiff*

**SUMMONS IN A CIVIL CASE**

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

CASE NUMBER:  **B-03-122**

TO: (Name and address of Defendant)

Michael Shelby, U.S. Attorney
Southern District of Texas
910 Travis/P.O. Box 61129
Houston, TX 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ingram Law Firm, P.C.
John J. Ingram, II
3016-A N. McColl
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within _____ Sixty (60) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

7-7-03

CLERK

DATE

(By) DEPUTY CLERK

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

*Ann Recio*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

Total
*Sent*

Mr. Michael Shelby, U.S. Attorney
Southern District of Texas
910 Travis / P.O. Box 61129
Houston, Texas 77208

*Street or PO*
*City,*

7002 3150 0006 8294 8999

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael Shelby, U.S. Attorney
Southern District of Texas
910 Travis / P.O. Box 61129
Houston, Texas 77208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☒ Agent
                      ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
*Rob Arteaga*                         7/18/03

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☒ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article
(Transfer          7002 3150 0006 8294 8999

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540