IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANNA C. RECIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-122 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S UNOPPOSED MOTION
### FOR AN ENLARGEMENT OF TIME

Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time until October 16, 2003, to file a responsive pleading. For grounds in support of this motion, the Defendant avers as follows:

1.  The Defendant submits that additional time is needed to prepare the answer or supporting documentation for Defendant's dispositive motion to Plaintiff's complaint. The Commissioner has not finished preparing all the necessary documentation or proposed pleadings. See Attached Declaration. Thus, counsel for the Defendant is at this point unable to respond to Plaintiff's allegations.

2.  This Motion is being filed only so that justice may be served and not for the purpose of delay. The Defendant requests immediate consideration of this motion due to the seriousness of the issues and shortness of available time.

WHEREFORE, Defendant requests that the Court issue an Order enlarging until October 16, 2003, the time within which Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, will file her answer or otherwise respond to Plaintiff's complaint.

Respectfully Submitted,

MICHAEL T. SHELBY
United States Attorney

TINA M. WADDELL
Regional Chief Counsel, SSA
Special Assistant United States Attorney

By: _____
KIM E. GARCIA
Attorney-in-Charge
Special Assistant United States Attorney
Federal Bar No. 27746
State Bar No. 00793775
1301 Young Street, Suite 430
Dallas, Texas 75202
Ph.: (214) 767-7323
Fax: (214) 767-9189

## CERTIFICATE OF CONFERENCE

On September 15, 2003, telephonic contact was made with Mari, an assistant to Plaintiff's counsel, John Ingram. Mari stated that Mr. Ingram has no opposition to the filing of this enlargement of time. Therefore, the motion is presented as unopposed.

_____
KIM E. GARCIA
Attorney-in-Charge
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was sent to The Ingram Law Firm, P.C., John J. Ingram, II, Attorney at Law, 3016-A North McColl, McAllen, Texas 78501, via first class mail, postage prepaid, on this 15th day of September, 2003.

_____
KIM E. GARCIA
Attorney-in-Charge
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA C. RECIO, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-122 |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| Defendant. | § | |

## ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time.

IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until October 16, 2003, to file an answer or otherwise respond to Plaintiff's complaint.

SIGNED _____, 2003.

_____
JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Anne C. Recio,<br>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<br><br>Plaintiff<br><br>v<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant | CIVIL ACTION NO. B-03-122 |

DECLARATION OF JOHN J. TIMLIN, ACTING CHIEF
COURT CASE PREPARATION AND REVIEW BRANCH 4,
OFFICE OF HEARINGS AND APPEALS,
SOCIAL SECURITY ADMINISTRATION

I, JOHN J. TIMLIN, Acting Chief, Court Case Preparation and Review Branch 4 of the Office of Appellate Operations, Office of Hearings and Appeals, Social Security Administration, declare and state as follows:

(1) The Office of Hearings and Appeals administers the nationwide hearings and appeals program for the Social Security Administration. The Office of Hearings and Appeals includes the Appeals Council and Administrative Law Judges who hold hearings on claims arising under Titles II and XVI, of the Social Security Act, as amended, when such hearing is duly requested by a

-2-

claimant who is dissatisfied with the administrative determination of his or her claim. The Office of Appellate Operations provides professional and technical advice to the Associate Commissioner and Administrative Appeals Judges of the Appeals Council in the processing of cases in which a civil action has been filed.

(2) I am responsible for the processing of claims under Title II and Title XVI of the Social Security Act, as amended, whenever a civil action has been filed in the State of Texas (see 53 Fed. Reg. 29,778 (1988)). Information available to me relating to the claim of the plaintiff, Anne C. Recio, under Titles II and XVI of the Social Security Act, discloses the following:

(a) The plaintiff filed a civil actions in the Southern District of Texas on July 7, 2003. We were not notified until September 11, 2003. We have requested the claims file and will

-3-

prepare the administrative record as soon as possible. We believe that the administrative record will be prepared within 30 days of the date of this declaration.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

9/13/03
DATE

JOHN J. TIMLIN