IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 23 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANNA C. RECIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-122 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the court is Defendant's Unopposed Motion for an Enlargement of Time.

IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until October 16, 2003, to file an answer or otherwise respond to Plaintiff's complaint.

SIGNED 18 SEPT, 2003.

JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE