IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 22 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANNA C. RECIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-122 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED**
**MOTION TO FILE OUT OF TIME**

COMES NOW, Jo Anne B. Barnhart, Defendant, by and through her counsel of record, and hereby moves this Court to permit filing of her answer and notice of filing the administrative transcript. The Commissioner would respectfully submit that the circumstances giving rise to this untimely filing is the results of an unintentional oversight.

Respectfully Submitted,

MICHAEL T. SHELBY
United States Attorney

TINA M. WADDELL
Regional Chief Counsel, SSA
Special Assistant United States Attorney

By: *Jasha Stevens by permission*
KIM E. GARCIA
Attorney-in-Charge
Special Assistant United States Attorney
Federal Bar No. 27745
State Bar No. 00793775
Office of the General Counsel, SSA
1301 Young Street, Suite 430
Dallas, Texas 75202
Ph.: (214) 767-7323
Fax: (214) 767-9189

## CERTIFICATE OF CONFERENCE

On October 21, 2003, telephonic contact was made with Mari, an assistant of Plaintiff's counsel, Mr. John Ingram. Mari stated that Mr. Ingram has no opposition to Defendant filing her answer and notice of filing the administrative transcript out of time.

*Jasha Stevens by permission*
KIM E. GARCIA
Attorney-in-Charge
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing Motion to File Out of Time was mailed to the Ingram Law Firm, P.C., John J. Ingram, II, Attorney at Law, 3016-A North McColl, McAllen, Texas 78501, via first class mail, postage prepaid, this 21st day of October, 2003.

*Jasha Stevens by permission*
KIM E. GARCIA
Attorney-in-Charge
Special Assistant United States Attorney