United States District Court
Southern District of Texas
FILED

OCT 2 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA C. RECIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-122 |
| | § | |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S ANSWER

The Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, through

Michael T. Shelby, United States Attorney for the Southern District of Texas, and his designated attorney-

in-charge, Kim E. Garcia, Special Assistant United States Attorney, files this Answer to Plaintiff's

complaint in which the Court has jurisdiction exclusively by Section 204(g) of the Social Security Act, 42

U.S.C. § 405(g). Defendant pleads as follows:

1. Defendant admits to the allegations contained in paragraph 1 of Plaintiff's complaint, but would

clarify that Plaintiff only filed for Title XVI, supplemental security income benefits.

2. Defendant admits to the allegations contained in paragraph 2 of Plaintiff's complaint.

3. Defendant admits to the allegations contained in paragraph 3 of Plaintiff's complaint.

4. Defendant admits to the allegations contained in paragraph 4 of Plaintiff's complaint.

5. Defendant admits to the allegations contained in paragraph 5 of Plaintiff's complaint.

6. Paragraph 6 of Plaintiff's complaint states a legal conclusion to which no responsive pleading is required. To the extent that the Court deems a responsive pleading necessary, Defendant denies paragraph 6.

7. Paragraph 7 of Plaintiff's complaint state legal conclusions to which no responsive pleading is required. To the extent that the Court deems a responsive pleading necessary, Defendant denies paragraph 7.

With respect to the last paragraphs of Plaintiff's complaint, Defendant states that this constitutes a Prayer for Relief to which no response is deemed necessary. However, if the Court requires a response, Defendant denies Plaintiff is entitled to judgement or relief sought.

With respect to Plaintiff's request that this case be reversed and benefits granted, or remanded back to the Defendant for a further hearing, Defendant states that Plaintiff has not shown "good cause" pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), to warrant reversal or remand.

With respect to Plaintiff's request for attorney fees under the Equal Access to Justice Act (EAJA), should the Plaintiff prevail and file an application for fees against the United States in accordance with the requirements of 28 U.S.C. § 2412, enacted as part of the EAJA, the Commissioner reserves the right to oppose any award under this statute.

Defendant denies all other allegations of Plaintiff's complaint not specifically admitted.

In accordance with section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), Defendant files as part of the answer a certified copy of the transcript of the record including the evidence upon which the findings and decisions complained of are based.

2

Respectfully Submitted,

MICHAEL T. SHELBY
United States Attorney

TINA M. WADDELL
Regional Chief Counsel, SSA
Special Assistant United States Attorney

By: _Tasha Stevenson by permission_

KIM E. GARCIA
Attorney-in-Charge
Special Assistant United States Attorney
Federal Bar No. 27745
State Bar No. 00793775
Office of the General Counsel, SSA
1301 Young Street, Suite 430
Dallas, Texas 75202
Ph.: (214) 767-7323
Fax: (214) 767-9189

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Answer was sent to Ingram Law Firm,

P.C., John J. Ingram, II, Attorney at Law, 3016-A, North McColl, McAllen, Texas 78501, via first class

mail, postage prepaid, this _21 st_ day of October, 2003.

_Tasha Stevenson by permission_

KIM E. GARCIA
Attorney-in-Charge
Special Assistant United States Attorney

3