United States District Court
Southern District of Texas
FILED

NOV 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA C. RECIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-03-122 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |
| ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE TO SUBSTITUTE COUNSEL

Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas moves this Court to permit substitution of counsel in this action. As grounds therefore, defendant states that this action has been reassigned from Special Assistant United States Attorney Kim E. Garcia, to Kerry J. Simpson, Special Assistant United States Attorney, Office of the General Counsel/Social Security Administration, 1301 Young Street, Suite 430, Dallas, Texas 75202-4324. Counsel of record in this case is leaving the Office of the General Counsel for other employment. This substitution of counsel will not delay any setting currently in effect.

WHEREFORE, premises considered, defendant prays that this Notice to Substitute Counsel be granted.

Respectfully Submitted,

MICHAEL T. SHELBY
United States Attorney

TINA M. WADDELL
Regional Chief Counsel, Region VI
Special Assistant United States Attorney

_____
KERRY J. SIMPSON
Attorney-in-Charge
Special Assistant United States Attorney
Federal Bar No. 27735
State Bar No. 11256250
Office of the General Counsel
1301 Young Street, Suite 430
Dallas, Texas 75202
Ph:  (214) 767-5582
Fax: (214) 767-9189

_____
KIM E. GARCIA
Special Assistant United States Attorney
Federal Bar No. 27746
Texas Bar No. 00793775
Office of the General Counsel
Social Security Administration
1301 Young Street, Suite 430
Dallas, Texas 75202-5433
214/767-7323;  FAX: 214/767-9189

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing Defendant's Notice to Substitute Counsel was mailed to Ingram Law Firm, P.C., John J. Ingram, II, Attorney at Law, 3016-A, North McColl, McAllen, Texas 78501, postage prepaid, this 05th day of November, 2003.

*/s/ Kerry J. Simpson*
Kerry J. Simpson
Attorney-in-Charge
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA C. RECIO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-03-122 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | § § § § § | |
| Defendant. | § | |

## ORDER

Pending before the court is Defendant's Notice to Substitute Counsel, Kerry J. Simpson, Special Assistant United States Attorney, for Kim E. Garcia, Special Assistant United States Attorney, as Attorney-in-Charge for Jo Anne B. Barnhart, Commissioner of the Social Security Administration.

IT IS HEREBY ORDERED that said motion is GRANTED.

SIGNED, this _____ day of _____, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE