IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 1 2 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANNA C. RECIO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-122 |
| § | |
| JO ANNE B. BARNHART, § | |
| COMMISSIONER OF THE § | |
| SOCIAL SECURITY ADMINISTRATION § | |

**MAGISTRATE JUDGE'S ORDER DIRECTING FILING
OF BRIEFS AND SCHEDULING ORAL HEARING ON
APPEAL FROM SOCIAL SECURITY ADMINISTRATION**

**PLEASE NOTE:** All parties are expected to comply with this Order in a timely manner.

The Plaintiff, Anna C. Recio, has filed a complaint seeking review of a decision of the COMMISSIONER OF SOCIAL SECURITY denying his claims for Supplemental Security Income ("SSI").

This request for review has been referred to the Magistrate Judge for review and recommendation; and it appearing that Defendant has filed an answer, together with a certified copy of the transcript of the administrative proceedings.

IT IS ORDERED that counsel for the parties submit briefs in accordance with the following requirements:

(1) Within thirty (30) days from the entry of this Order, Plaintiff shall serve and file a brief setting forth all errors which Plaintiff contends entitle Plaintiff to relief. The brief shall contain under the appropriate headings and in the order here indicated:

    (a) **A statement of the issues** presented for review, set forth in separate numbered paragraphs.

    (b) **A statement of the case.** This statement should indicate briefly the course of the proceeding and its disposition at the administrative level and should set forth a general statement of the Plaintiff's age, education and work experience;

a brief outline of the medical evidence; and a brief summary of other evidence of record. Each statement of fact shall be supported by reference to the page in the record where the evidence may be found.

(c) An **argument**. The argument may be preceded by a summary. The argument shall be divided into sections separately treating each issue and must set forth the contentions of Plaintiff with respect to the issues presented and reasons therefor. Each contention must be supported by a specific reference to the portion of the record relied upon and by citations to statutes, regulations and cases supporting Plaintiff's position. Cases from other districts and circuits should be cited only in conjunction with relevant cases from this jurisdiction or if authority on point from this jurisdiction does not exist. Citations to unreported district court opinions must be accompanied by a copy of the opinion. If Plaintiff has moved for remand to the COMMISSIONER for further proceedings, the argument in support thereof must set forth good cause for remand. Furthermore, if the remand is for the purpose of taking additional evidence, such evidence must be attached to the brief, or, if such evidence is in the form of a consultative examination sought at government expense, Plaintiff must make a proffer of the nature of the evidence anticipated to be obtained.

(d) A **short conclusion** stating the relief sought.

(e) The **briefs** shall not exceed **a total of fifteen (15) pages,** except as approved by the court. **Any motion to exceed the court's page limit shall be filed no later than one week before the deadline for the submission of the brief.** No extensions will be granted absent a showing of good cause.

(f) If the court grants an extension of time for any pleading or brief, the other party is automatically granted an extension for the same amount of time to file a responsive pleading brief.

(2) Within thirty (30) days after service of Plaintiff's brief, Defendant shall service and file a brief which responds specifically to each issue raised by Plaintiff. Defendant's brief shall conform to the requirements set forth above for Plaintiff's brief, except that a statement of the issues and a statement of the case need not be made unless Defendant is dissatisfied with Plaintiff's statement thereof.

(3) Plaintiff may file a brief in reply to the brief of Defendant within ten (10) days of service of Defendant's brief.

The issues before the Court are limited to the issues properly raised in the briefs. Any issue

2

raised in the briefs but not argued at oral hearing, if one is held, will be deemed abandoned.

IT IS FURTHER ORDERED that unless otherwise ordered following receipt of all briefs, an oral hearing in this action may be held before the undersigned Magistrate Judge, Courtroom No. 2, Second Floor, U.S. Federal Building & Courthouse, 600 E. Harrison Street, Brownsville, Texas. At said hearing, counsel should be fully prepared to argue the facts, issues and legal contentions in this case. The Clerk is directed to forward the file to the Magistrate Judge ten (10) days prior to the hearing. Let a copy of this Order be served upon counsel for the parties.

IT IS SO ORDERED this 12th day of November, 2003.

                                                                           John Wm. Black  
                                                                       United States Magistrate Judge