IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ANNA C. RECIO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. B-03-122 |
| § | |
| JO ANNE B. BARNHART, § | |
| COMMISSIONER OF SOCIAL SECURITY § | |
| ADMINISTRATION § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the court is Defendant's Notice to Substitute Counsel, Kerry J. Simpson, Special Assistant United States Attorney, for Kim E. Garcia, Special Assistant United States Attorney, as Attorney-in-Charge for Jo Anne B. Barnhart, Commissioner of the Social Security Administration.

IT IS HEREBY ORDERED that said motion is GRANTED.

SIGNED, this 16TH day of DECEMBER, 2003.

_____
ANDREW S. HANEN — John Leon Black
UNITED STATES DISTRICT JUDGE
MAGISTRATE