IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ANNA C. RECIO, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. B-03-122 |
| § | |
| JO ANNE B. BARNHART, § | |
| Commissioner, Social § | |
| Security Administration, § | |
| Defendant. § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant moves the Court to enter a Summary Judgment in favor of the Defendant and to dismiss this cause at the Plaintiff's cost, for the reason that the pleadings, depositions, administrative transcript, and admission on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact, and that Defendant is entitled to judgment as a matter of law.

Section 205(g) and (h) of the Social Security Act, as amended, 42 U.S.C. 405(g) and (h), provide that the jurisdiction of this court is confined to reviewing the evidence of the record filed herein for the purpose of determining whether or not the administrative findings are supported by substantial evidence and that "the findings of the Commissioner as to any fact, if supported by substantial evidence shall be conclusive."

This motion, therefore, is based upon the pleadings on file in this action and the certified copy of the entire record of proceedings relating to the Plaintiff's claim for supplemental security income, as set forth in defendant's Answer filed herein and Brief filed in support hereof.

WHEREFORE, Defendant respectfully prays that judgment be granted to this Defendant, and relief demanded by the Plaintiff be denied.

>Respectfully submitted,
>
>Michael T. Shelby
>United States Attorney
>
>Tina M. Waddell
>Regional Chief Counsel, SSA
>Special Assistant United States Attorney
>
>By: /s/ Kerry Simpson
>KERRY J. SIMPSON
>Special Assistant United States Attorney
>S.D. TX Admission No. 27735
>Texas State Bar No. 11256250
>Office of the General Counsel, Region VI
>Social Security Administration
>1301 Young Street, Suite 430
>Dallas, Texas  75202
>Ph.: (214) 767-5582
>Fax: (214) 767-9189

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing Defendant's Motion For Summary Judgment was mailed to Plaintiff's attorney, John J. Ingram, II, Ingram Law Firm, P.C. 3016-A North McColl, McAllen, Texas 78501, via United States mail on this 22nd day of December, 2003.

_____
KERRY J. SIMPSON
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA C. RECIO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-03-122 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner, Social | § | |
| Security Administration, | § | |
|     Defendant. | § | |

## ORDER

This cause came for review upon the motions for summary judgment filed by both parties pursuant to Rule 56 of the Federal Rules of Civil Procedure. Having studied the legal memoranda submitted by the parties, the record, and the applicable law, the Court Orders that the Plaintiff's Motion for Summary Judgment is DENIED, and the Defendant's Motion for Summary Judgment is GRANTED.

SIGNED this _____ day of _____, _____, at McAllen, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA C. RECIO, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  B-03-122 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner, Social | § | |
| Security Administration, | § | |
|     Defendant. | § | |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration, and against Plaintiff, Anna C. Recio, dismissing Plaintiff's suit with prejudice.

SIGNED this _____ day of _____, _____, at McAllen, Texas.


_____
UNITED STATES MAGISTRATE JUDGE