IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA C. RECIO | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-122 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner, Social Security | § | |
| Administration, | § | |
|     Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

SEP 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. No objections have been filed by either side and the time for filing same has long since expired. After a de novo review of the entire file, it is the opinion of this court that the Magistrate Judge's Report and Recommendation of July 2, 2004, should be adopted, the administrative decision reversed, and the case remanded to the Administrative Law Judge for further proceedings.

Signed this 29th day of September, 2004.

_____
Andrew S. Hanen
United States District Judge